closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN KAURLOTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A.; CALIBER HOME LOANS, INC.; MTC FINANCIAL INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 16-cv-06652-JFW-GJSx<br><br>**JOINT JUDGMENT**<br><br><br>Courtroom: 7A<br>Judge: Hon. John F. Walter |

Following this Court's November 17, 2016 Order granting Defendants Caliber Home Loans, Inc. ("Caliber"), U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust (erroneously sued as "U.S. Bank, N.A.") ("USB Trust as Trustee for LSF9"), and Mortgage Electronic Registration Systems, Inc.'s ("MERS") (collectively, "Defendants") Motion to Dismiss (see Docket Nos. 31-32) with prejudice, the Court hereby enters judgment as follows:

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Defendants are dismissed from the action with prejudice;
2. Judgment is entered against Plaintiff and in favor of Defendants;
3. Plaintiff shall take nothing as against Defendants; and
4. Defendants may recover their costs.

Dated: __December 1, 2016

_____
United States District Judge